UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

HUGENS WOODSON,

          Defendant.

**Order of Restitution**

24 Cr. 414 (AEK)

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Shaun E. Werbelow, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Misdemeanor Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

HUGENS WOODSON, the defendant, shall pay restitution in the total remaining amount of $32,098,[1] pursuant to 18 U.S.C. §§ 3663 and 3663A, to the Social Security Administration, Debt Management Section, ATTN: Court Refund, P.O. Box 2861, Philadelphia, PA 19122, the victim of the offense charged in Count One. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new

---

[1] As discussed at the October 8, 2024 sentencing hearing, the total amount of restitution that the defendant is required to pay in this matter is $47,099. As of the time the sentence was imposed, the defendant already had made two payments toward this restitution—one payment of $5,000 in accordance with the terms of the defendant's plea agreement, and one payment of $10,001 immediately prior to the sentencing. In total, the defendant has paid $15,001 towards his overall restitution obligation of $47,099. The $32,098 figure set forth in this order is the total amount of restitution that the defendant still owes as of the date of this order.

address without further order of this Court. Restitution is not joint and several with other defendants or with others not named herein.

2.     **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant must commence monthly installment payments of at least 10 percent of the defendant's gross monthly income, payable on the 1st of each month, immediately upon entry of this judgment.

3.     **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.     **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's

Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the 15th day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____          10/9/24
HONORABLE ANDREW E. KRAUSE               DATE
UNITED STATES MAGISTRATE JUDGE